FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 21 2021
JEFFREY P. COLWELL
CLERK

1 of 2

09/13/2021

To whom it ~~May Concern~~

my name is Darius Hill #44421-013

I am currently Being housed at

Federal Correctional institution #1

Po box 3725 Adelanto CA, 92301

I AM writing Colorado Courts

Because I have Been Put in a

cell 24 hrs a day and have Been

Given no address to ANY court in

California. I Found 3 STAMPS on the

ground by the Grace of The Creator

or otherwise I wouldn't Be able to

write this letter as the guards/

Authorities offer no stamps nor

a way to Contact Family. I

am a victim of Cruel and

unusual Punishment. (Please send

Help!) (Also a 1983 civil litigation Packet) But send Help

I Have Broken no rules Nor Has Anyone Here. I Have Been in a cell 24hrs a day and it's Been 3 weeks no access to Family Nor Anyone. THis is a violation of Basic Human rights and Because I only remember this Courts address I write this court for Help. This is a True Distress signal I am locked in a Cell 24 hrs A Day with a person from THAiland who Has Tiburculosis for sure I Fear for my life in Here and everyone who is in Authority is Treating us like POW's. of the Prisoners there is me. Darius Hill # 44421-013 SAGAWUT THinTaPHai # 55150-048 and ozzie Morrison # 563450-48
Please Do Anything to Help. Darius Hill

Name: Dennis E Hill
Reg#: 44421-013
Federal Correctional Institution #1
P.O. BOX 3725
ADELANTO, CA 92301

LEGAL MAIL

SN BERNARDINO CA 923
16 SEP 2021 PM 7 L

Office of the Clerk
of the Court
Alfred J Arrash Courthouse
901 19th St Denver
CO 80294[?]

LEGAL MAIL